| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Repor Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Nelson, David A | 2. Court or Organization U.S. COURT OF APPEALS, 6TH CIR | 3. Date of Report 5/10/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. CIRCUIT JUDGE-SENIOR | 5. ReportType (check appropriate type)  ○ Nonination, Date  ○ Initial  ● Annual  ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address Potter Stewart U.S. Courthouse 5th and Walnut Streets Cincinnati, OH 45202-3988 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | ▓▓▓▓▓▓▓ Qualified Personal Residence Trust |
| 2. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED FINANCIAL DISCLOSURE OFFICE May 16 2 02 PM '05

# FINANCIAL DISCLOSURE REPORT

Page 2 of 23

Name of Person Reporting

Nelson, David A

Date of Report

5/10/2005

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Union Central Life Ins. Co. Director Fees |
| 2. | 1/2 | Deferred Compensation Plan distribution of shares (See Part VIII) |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Cornell University | Nov. 11-14 - Ithaca, NY - Cornell Law School Moot Court Competition (Transportation, Meals, and Room for ███████ |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 5/10/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure | Amount Code 1 (A -H) | Type (e.g. div. rent or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 ( -P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Brokerage Acct #1 | | | | | | | | | |
| 2. -- WP Carey & Co. LLC shares | A | Income Dist. | J | T | | | | | |
| 3. -- Convergys Corp. stock | | None | K | T | Sell Part | 2/13 | K | A | |
| 4. | | | | | Sell Part | 12/13 | J | A | |
| 5. | | | | | Donate Part | 12/14 | J | C | (See Part VIII) |
| 6. -- Cash & Schwab Money Market Funds | A | Int.&Div. | J | T | | | | | |
| 7. -- Blount International Inc., stock | | None | J | T | | | | | |
| 8. -- Cincinnati Bell, Inc. common stock | | | | | Sell | 1/14 | L | D | |
| 9. -- Valeant Pharmaceutical Intl. Stock | A | Dividends | J | T | | | | | |
| 10. -- Tyco Intl. Stock | A | Dividends | K | T | Donate Part | 12/14 | J | C | (See Part VIII) |
| 11. -- Astra Zeneca ADRs | A | Dividend | J | T | Buy ; | 1/30 | J | | |
| 12. -- Helmerich & Payne | A | Dividend | J | T | Buy | 2/13 | J | | |
| 13. -- Intl. Paper | A | Dividend | J | T | Buy | 1/27 | J | | |
| 14. -- MS India Inv. Fund | A | Dividend | K | T | Buy | 2/26 | J | | |
| 15. -- Tidewater | A | Dividend | J | T | Buy | 2/13 | J | | |
| 16. -- I Shares MSCI Aus. IDX Fund | A | Dividend | J | T | Buy | 2/26 | J | | |
| 17. -- Vanguard World FD Health Care Vipers | | None | K | T | Buy | 2/26 | J | | |
| 18. -- Royal Dutch Shell ADRs | A | Dividend | | | Buy | 1/27 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2.501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | | | | | Buy More | 2/26 | J | | |
| 20. | | | | | Sell | 9/1 | K | A | |
| 21. Commodores Club partnership share | | None | J | W | | | | | . |
| 22. Huntington Natl Bank misc-accounts | A | Int. & Div. | K | T | . | | | | (See Part VIII) |
| 23. IRA #1 | E | Dividends, | O | T | (Note: | | | | (See Part VIII) |
| 24. | | dist. of | | | Income | | | | |
| 25. | | realized cap | | | reported | | | | |
| 26. | | gains, | | | does not | | | | |
| 27. | | interest | | | include | | | | |
| 28. | | | | | return of | | | | |
| 29. | | | | | capital.) | | | | |
| 30. --Adams Express stock | | | | | . | | | | |
| 31. --Archstone Smith REIT shares | | | | | Buy More | 6/25 | J | | |
| 32. --Central Securities Corp. stock | | | | | | | | | |
| 33. --New Plan Excel Realty Trust REIT shares | | | | | Sell Part | 4/12 | K | A | |
| 34. --Ranger Indus. stock | | | | | | | | | |
| 35. --TCW Convertible Secs. Fund stock | | | | | Sell | 1/20 | J | A | |
| 36. --United Dominion Realty Trust REIT shares | | | | | Sell Part | 1/20 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and B4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. | | | | | Buy More | 10/13 | J | | |
| 38. --Washington REIT REIT shares | | | | | | | | | |
| 39. --Williams Cos. stock | | | | | Sell | 1/18 | K | A | |
| 40. --Aberdeen Asia Pacific Income Fund Inc.stock | | | | | Sell Part | 3/1 | K | A | |
| 41. | | | | | Sell | 4/26 | J | A | |
| 42. --Telecom Corp. of N.Z. ADRs | | | | | Sell Part | 3/17 | J | A | |
| 43. | | | | | Sell | 4/15 | J | A | |
| 44. --Ericsson LM Tel Co ADRs | | | | | Sell | 1/8 | J | A | |
| 45. --Nortel Networks Corp. stock | | | | | Sell | 1/8 | J | A | |
| 46. -- Annaly Mtg Mgmt. REIT shares | | | | | Sell Part | 3/29 | J | A | |
| 47. | | | | | Sell Part | 5/14 | K | A | |
| 48. -- Boston pptys REIT shares | | | | | Buy More | 4/15 | J | | |
| 49. -- Cooper Industries stock | | | | | Sell | 3/1 | K | A | |
| 50. - Equity Resident REIT shares | | | | | | | | | |
| 51. -- Gables Resident. REIT shares | | | | | | | | | |
| 52. - Health Care Ppty REIT shares | | | | | | | | | |
| 53. - LaSalle Hotel Ppty REIT shares | | | | | | | | | |
| 54. - Plum Ck Timber REIT shares | | | | | Buy More | 1/20 | J | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. -- AT&T Sr Notes 7% 5/15/05 | | | | | | | | | |
| 56. -- AOL Conv. Note 0% 12/6/19 (Put 12/6/04) | | | | | Redemp. | 12/6 | K | D | |
| 57. -- Chiquta Brands Note 10.56% 3/15/09 | | | | | Redemp. | 12/3 | K | A | |
| 58. -- Juniper Networks Note 4.75% 3/15/07 | | | | | Redemp. | 5/12 | J | A | |
| 59. -- Lucent Tech. Note 7.25% 7/15/06 | | | | | | | | | |
| 60. -- Xerox Cap. Europe Note 6.25% 4/24/08 | | | | | | | | | |
| 61. -- Cinergy Corp. Stock | | | | | | | | | |
| 62. -- Conoco Phillips stock | | | | | Buy More | 2/26 | J | | |
| 63. -- Occidental Petroleum stock | | | | | | | | | |
| 64. -- Teco Energy stock | | | | | | | | | |
| 65. -- Thornburg Mortgage REIT shares | | | | | Sell Part | 4/5 | J | | |
| 66. | | | | | Buy More | 4/14 | J | | |
| 67. -- T.Rowe Price Int'l Bond Fund mutual fund | | | | | | | | | |
| 68. -- Freddie Mac stock | | | | | Buy | 3/1 | J | | |
| 69. | | | | | Sell | 12/20 | J | B | |
| 70. -- Fidelity Japan | | | | | Buy | 3/11 | J | | |
| 71. Small Cos. Fund | | | | | Sell | 4/26 | J | B | |
| 72. -- Norsk Hydro AS | | | | | Buy | 4/5 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$6,000,000 P4 = More than $60,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. | | | | | Sell | 8/23 | J | A | |
| 74. -- Abbott Labs | | | | | Buy | 8/23 | J | | |
| 75. -- Amgen Inc. | | | | | Buy | 7/19 | J | | |
| 76. -- Anadarko Petrol Co. | | | | | Buy | 1/26 | J | | |
| 77. -- Apache Corp | | | | | Buy | 7/19 | K | | |
| 78. -- BP PLC ADRs | | | | | Buy | 2/26 | J | | |
| 79. | | | | | Buy More | 3/29 | J | | |
| 80. -- Bank of America | | | | | Buy | 4/19 | K | | |
| 81. -- Bristol Myers Squib | | | | | Buy | 4/12 | J | | |
| 82. -- Carr America Rlty | | | | | Buy | 5/10 | K | | |
| 83. -- Chevron Texaco | | | | | Buy | 1/26 | J | | |
| 84. -- Citigroup Inc. | | | | | Buy | 3/17 | J | | |
| 85. | | | | | Buy More | 7/6 | J | | |
| 86. -- Consol. Energy Inc. | | | | | Buy | 4/26 | K | | |
| 87. -- Duke Energy Corp. | | | | | Buy | 2/2 | J | | |
| 88. -- El Paso Corp. | | | | | Buy | 1/20 | J | | |
| 89. -- Fidelity Natl. Fin'l Inc. | | | | | Buy | 1/20 | J | | |
| 90. -- Fording Cdn. Coal Trust | | | | | Buy | 2/9 | J | | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. — India Fund, Inc. | | | | | Buy | 1/20 | J | | |
| 92. | | | | | Buy More | 3/1 | J | | |
| 93. --JP Morgan Chase & Co. | | | | | Buy | 7/6 | K | | |
| 94. -- Korea Fund      stock | | | | | Buy | 3/26 | K | | |
| 95. -- Levi Strauss & Co. | | | | | Buy | 8/3 | K | | |
| 96.     Senior Notes 12.25% due 12/15/12 | | | | | | | | | |
| 97. -- Marathon Oil Co. | | | | | Buy | 12/20 | J | | |
| 98. -- Nat'l City Corp. | | | | | Buy | 1/20 | J | | |
| 99. -- Peabody Energy Corp. | | | | | Buy | 2/9 | J | | |
| 100. | | | | | Buy More | 3/26 | J | | |
| 101. -- Pimco Emg. Mkt. Bond Fund | | | | | Buy | 2/9 | K | | |
| 102. -- Weingarten Realty | | | | | Buy | 5/14 | J | | |
| 103. IRA # 2 | E | Div.& Distr. | P1 | T | | | | | |
| 104. | | of cap.gains | | | | | | | |
| 105. --Vanguard High-Yield Corp. mutual fund | | | | | Sell Part | 1/2 | K | A | (See Part VIII) |
| 106. | | | | | Sell Part | 2/9 | K | A | (See Part VIII) |
| 107. | | | | | Sell Part | 6/25 | K | A | (See Part VIII) |
| 108. | | | | | Sell Part | 8/26 | K | A | (See Part VIII) |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. –Vanguard Wellesley Income Admiral mutual fund | | | | | Sell Part | 2/9 | J | A | (See Part VIII) |
| 110. | | | | | Sell Part | 4/14 | K | A | (See Part VIII) |
| 111. –Vanguard REIT Index mutual fund | | | | | Sell part | 1/6 | K | B | (See Part VIII) |
| 112. | | | | | Sell Part | 4/14 | K | B | (See Part VIII) |
| 113. | | | | | Buy More | 5/11 | J | | (See Part VIII) |
| 114. | | | | | Sell Part | 11/8 | J | A | (See Part VIII) |
| 115. –Vanguard Emerging Markets stock index mutual fund | | | | | Buy More | 1/2 | J | | (See Part VIII) |
| 116. –Vanguard European Stock Index Admiral mutual fund | | | | | | | | | (See Part VIII) |
| 117. –Vanguard Pacific Stock Index Admiral mutual fund | | | | | Sell Part | 4/26 | J | B | (See Part VIII) |
| 118. | | | | | Buy More | 11/8 | J | | (See Part VIII) |
| 119. –Vanguard Health Care mutual fund | | | | | Buy More | 1/2 | K | | (See Part VIII) |
| 120. | | | | | Buy More | 1/9 | K | | (See Part VIII) |
| 121. | | | | | Sell Part | 7/16 | K | D | (See Part VIII) |
| 122. | | | | | Sell Part | 8/2 | K | D | (See Part VIII) |
| 123. –Vanguard Prime Money Market mutual fund | | | | | | | | | (See Part VIII) |
| 124. –Vanguard STAR mutual fund | | | | | Sell Part | 1/26 | J | A | (See Part VIII) |
| 125. –Vanguard Equity Income mutual fund | | | | | Sell Part | 3/9 | K | A | (See Part VIII) |
| 126. –Vanguard Growth & Income mutual fund | | | | | Sell Part | 2/9 | K | A | (See Part VIII) |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,901-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34–57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" for each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Co 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. —Vanguard Windsor II mutual fund | | | | | Sell Part | 2/9 | J | A | (See Part VIII) |
| 128. —Vanguard GNMA mutual fund | | | None | | | | | | (See Part VIII) |
| 129. —Vanguard Mid-Cap Index mutual fund | | | | | Sell Part | 2/20 | K | C | (See Part VIII) |
| 130. | | | | | Sell Part | 9/3 | K | C | (See Part VIII) |
| 131. —Vanguard Inflation Protected Securities mutual fund | | | | | Sell Part | 4/19 | K | C | (See Part VIII) |
| 132. | | | | | Sell Part | 5/11 | J | A | (See Part VIII) |
| 133. —Vanguard Total Stock Market Index mutual fund | | | | | Sell | 1/26 | J | A | (See Part VIII) |
| 134. —Vanguard Short Term Treasury mutual fund | | | | | Sell | 2/26 | K | A | (See Part VIII) |
| 135. — Vanguard Sm Cap. Mutual fund | | | | | Sell Part | 1/30 | J | A | (See Part VIII) |
| 136. | | | | | Sell | 7/6 | K | C | (See Part VIII) |
| 137. —Vanguard Intl. Explorer mutual fund | | | | | Buy More | 1/2 | J | | (See Part VIII) |
| 138. | | | | | B y More | 4/28 | J | | (See Part VIII) |
| 139. —Vanguard U.S. Value mutual fund | | | | | | | | | (See Part VIII) |
| 140. — Vanguard Capital Opportunity mutual fund | | | | | | | | | (See Part VIII) |
| 141. — Vanguard Primecap Mutual Fund | | | | | Buy | 4/14 | K | | |
| 142. — Vanguard Select Value Mutual Fund | | | | | Buy | 2/9 | K | | |
| 143. IRA # 3 | B | Dividends | | | | | | | |
| 144. — Equity Residential Properties Trust REIT shares | | | | | Sell Part | 4/23 | K | D | |

1. Income/Gain Codes:  A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and B4)  F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and C3)  N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)  U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. | | | | | Sell | 5/14 | L | D | |
| 146. --Cornerstone Realty Income Trust (Formerly Merry Land | A | Dividend | | | Sell | 4/23 | J | A | |
| 147. Properties) REIT shares | | | | | | | | | |
| 148. IRA # 4 | B | Dividends | L | T | | | | | |
| 149. --Vanguard Prime Money Mkt mutual fund | | | | | Reinvest | | | | |
| 150. | | | | | dividends | | | | |
| 151. --Vanguard Health Care Fund | | | | | Reinvest | | | | |
| 152. | | | | | dividends | | | | |
| 153. USAA subscriber savings account | A | Alloc & Dist | J | T | | | | | (See Part VIII) |
| 154. Vanguard Money Market Reserves | A | Di idends | J | T | | | | | |
| 155. ████████ Charitable Remainder Annuity Trust | C | Int. & Div. | K | W | | | | | |
| 156. | | +cap.gain | | | | | | | |
| 157. Hamilton College Charitable Gift Annuity | C | Cap.Gain + | K | T | | | | | |
| 158. | | Inc.Dist. | | | | | | | |
| 159. -- Vassar College Charitable Gift Annuity | B | Cap. Gain | K | T | Buy | 4/14 | K | | (See Part VIII) |
| 160. | | & Inc. Dist. | | | | | | | |
| 161. Brokerage Acct # 2 | | | | | | | | | |
| 162. --Cincinnati Bell common stock | | None | L | T | add shares | 1/2 | K | | (See Part VIII) |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Nelson, David A | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. | | | | | from Def. | | | | |
| 164. | | | | | Comp. Plan | | | | |
| 165. | | | | | Give Part | 1/29 | J | | Nelson Grantor Trust |
| 166. | | | | | Give Part | 11/11 | J | | Nelson Grantor Trust |
| 167. --Agere Systems A&B | | None | | | Trans In | 3/31 | J | | (See Part VIII) |
| 168. | | | | | Trans Out | 4/14 | J | | (See Part VIII) |
| 169. | | | | | (Vassar) | | | | |
| 170. -- Agilent Technol. | | None | | | Trans In | 3/31 | J | | (See Part VIII) |
| 171. | | | | | Trans Out | 4/14 | J | | (See Part VIII) |
| 172. | | | | | (Vassar) | | | | |
| 173. -- Avaya Inc. | | None | | | Trans In | 3/31 | J | | (See Part VIII) |
| 174. | | | | | Trans Out | 4/14 | J | | (See Part VIII) |
| 175. | | | | | (Vassar) | | | | |
| 176. -- Cirrus Logic | | None | | | Trans In | 3/31 | J | | (See Part VIII) |
| 177. | | | | | Trans Out | 4/14 | J | | (See Part VIII) |
| 178. | | | | | (Vassar) | | | | |
| 179. -- Cornerstone Realty Tr | | None | | | Trans In | 3/31 | J | | (See Part VIII) |
| 180. | | | | | Trans Out | 4/14 | J | | (See Part VIII) |

1. Income/Gain Codes.    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. | | | | | (Vassar) | | | | |
| 182. – Corning, Inc. | | None | K | T | Trans In | 3/31 | J | | (See Part VIII) |
| 183. | | | | | Buy More | 7/19 | J | | |
| 184. – Hawthorne Financial | A | Dividend | | | Trans In | 3/31 | J | | (See Part VIII) |
| 185. (now Commercial Cap Bancorp) | | | J | T | Trans Part | 4/14 | K | | (See Part VIII) |
| 186. | | | | | Out(Vassar | | | | |
| 187. – Imperial Parking Corp | | None | | | Trans In | 3/31 | J | | (See Part VIII) |
| 188. | | | | | Trans Out | 4/14 | J | | (See Part VIII) |
| 189. | | | | | (Vassar) | | | | |
| 190. – Jacuzzi Brands | | None | | | Trans Out | 4/14 | J | | (See Part VIII) |
| 191. | | | | | (Vassar) | | | | |
| 192. – Korea Fund | A | Dividend | K | T | Trans In | 3/31 | K | | (See Part VIII) |
| 193. – Reliant Energy (formerly Reliant Resources) | | None | J | T | Trans In | 3/31 | J | | (See Part VIII) |
| 194. – Xerox Corp. | | None | J | T | Trans In | 3/31 | J | | (See Part VIII) |
| 195. – Lucent Technol. | | None | K | T | Buy | 7/19 | J | | |
| 196. – Nvidia Corp. | | None | K | T | Buy | 7/19 | K | | |
| 197. Options to purchase Cincinnati Bell stock | | | | | | | | | (See Part VIII) |
| 198. Vanguard Money Market Reserve | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. Vanguard Money Market Reserve | A | Dividend | K | T | | | | | |
| 200. Convergys Corp. Options | | | J | W | Exercise | 9/10 | L | E | |
| 201. | | | | | Part | | | | |
| 202. Vested interest in Cincinnati Bell Def. Comp. Acct | E | Payment of | L | T | Cinti Bell | 1/2 | K | | (See Part VIII) |
| 203. | | defer'd comp | | | stock | | | | |
| 204. IRA # 5 | F | Dividend | P1 | T | | | | | |
| 205. --Adams Express stock | | | | | | | | | |
| 206. --BRE Properties, Inc. REIT shares | | | | | | | | | |
| 207. --Boeing Co. stock | | | | | | | | | |
| 208. --CarrAmerica Reality Corp. REIT shares | | | | | | | | | |
| 209. --J.P. Morgan Chase & Co. stock | | | | | | | | | |
| 210. --Delta Air Lines stock | | | | | | | | | |
| 211. --Eastman Chemical Co. stock | | | | | | | | | |
| 212. --Equity Residential Properties Tr REIT shares | | | | | Sell Part | 4/23 | K | D | |
| 213. | | | | | Sell Part | 5/14 | L | D | |
| 214. --Wachovia Corp. stock | | | | | | | | | |
| 215. --First Union Real Estate Eq.& Mtge REIT shares | | | | | Sell | 1/20 | J | A | |
| 216. --U.S. Bancorp stock | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B) and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income. value. transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217. --Plum Creek Timber Co.   REIT shares | | | | | Buy More | 10/21 | K | | |
| 218. --Hewlett Packard Co. Stock | | | | | | | | | |
| 219. --International Business Machines   stock | | | | | | | | | |
| 220. --Kimberly Clark Corp. stock | | | | | | | | | |
| 221. --LSI Logic Corp.  stock | | | | | Sell | 1/20 | K | A | |
| 222. --Lubrizol Corp.    stock | | | | | | | | | |
| 223. --Lucent Technologies  stock | | | | | Trans To | 7/19 | J | A | |
| 224. | | | | | Brok. Acct 2 | | | | |
| 225. --Lunar Corporation  stock | | | | | | | | | |
| 226. --Merck & Co., Inc.  stock | | | | | Sell | 10/21 | K | A | (See Part VIII) |
| 227. --Cornerstone Realty Income Trust (formerly | | | | | Sell | 4/23 | J | A | |
| 228. . Merry Land Properties) REIT shares | | | | | | | | | |
| 229. --Motorola, Inc. stock | | | | | | | | | |
| 230. --New Plan Excel Reality Tr. Inc. REIT shares | | | | | | | | | |
| 231. --Pfizer, Inc.  stock | | | | | Sell Part | 10/18 | K | A | |
| 232. --RGS Energy Group, Inc.  stock | | | | | | | | | |
| 233. --Ranger Industries, Inc. stock | | | | | | | | | |
| 234. --Sea Containers Ltd.-A  stock | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns BJ and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,901-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report - |
|---|---|
| Nelson, David A | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. --Tyco International Ltd. Stock | | | | | | | | | |
| 236. --TCW Convertible Securities Fd. Inc. stock | | | | | | | | | |
| 237. --United Dominion Realty Trust REIT shares | | | | | Sell | 1/20 | K | D | |
| 238. --Washington Federal, Inc. stock | | | | | | | | | |
| 239. --Washington Real Estate Invt. Tr REIT shares | | | | | | | | | |
| 240. --Weyerhaeuser Co. stock | | | | | | | | | |
| 241. --Schwab Money Market Fund | | | | | | | | | |
| 242. --Carnival Corp. stock | | | | | | | | | |
| 243. --Fifth Third Bancorp stock | | | | | | | | | |
| 244. --General Electric stock | | | | | | | | | |
| 245. --Symbol Technologies Inc. stock | | | | | Sell | 7/19 | K | A | |
| 246. --United Parcel Service Class B stock | | | | | | | | | |
| 247. --Velocity HSI, Inc. stock | | | | | | | | | |
| 248. --Pulte Homes, Inc. stock | | | | | Sell Part | 10/18 | K | E | |
| 249. --Central Securities Corp. stock | | | | | | | | | |
| 250. --Annaly Mtg Mgmt REIT shares | | | | | | | | | |
| 251. --Bank of America stock | | | | | | | | | |
| 252. --Center Point Energy stock | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 253. --Energy East stock | | | | | | | | | |
| 254. --Williams Cos. Stock | | | | | Sell | 4/23 | J | A | |
| 255. --Bob Evans Farms stock | | | | | Sell | 12/10 | K | A | |
| 256. --Bristol-Myers Squibb stock | | | | | | | | | |
| 257. --Bunge Ltd stock | | | | | | | | | |
| 258. --Cinergy Corp. stock | | | | | | | | | |
| 259. --E.I. DuPont stock | | | | | Sell | 2/26 | K | B | |
| 260. --Medco Health Solutions stock | | | | | | | | | |
| 261. --Nvidia Corp. stock | | | | | Trans to | 7/19 | K | D | (See Part VIII) |
| 262. | | | | | Brok Acct 2 | | | | |
| 263. --Texas Genco stock | | | | | | | | | |
| 264. -- Alliance Resource Partners 1.P | | | | | Buy | 4/23 | K | | |
| 265. | | | | | Buy More | 5/14 | K | | |
| 266. -- Blount Int'l Inc. | | | | | Buy | 8/18 | J | | |
| 267. -- Corning, Inc. | | | | | Buy | 4/8 | J | | |
| 268. | | | | | Trans to | 7/9 | K | | (See Part VIII) |
| 269. | | | | | Brok Acct 2 | | | | |
| 270. -- Exxon Mobil Corp. | | | | | Buy | 3/12 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

Name of Person Reporting
Nelson, David A

Date of Report
5/10/2005

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 271. -- Freescale SemiConductor, Inc., Class B. | | | | | Spin Off | 12/2 | J | | (See Part VIII) |
| 272. -- Gemstar TV Guide | | | | | Buy | 2/2 | J | | |
| 273. | | | | | Sell | 8/23 | J | A | |
| 274. -- Ingersoll-Rand Co. Cl A | | | | | Buy | 12/10 | K | | |
| 275. -- International Rectifier Corp. | | | | | Buy | 10/18 | K | | |
| 276. -- Krispy Kreme Dnts Corp. | | | | | Buy | 8/26 | J, | | |
| 277. -- Lear Corp | | | | | Buy | 7/6 | K | | |
| 278. -- Nat'l City Corp | | | | | Buy | 1/20 | L | | |
| 279. -- Neenah Paper, Inc. | | | | | Spin Off | 11/30 | J | | (See Part VIII) |
| 280. -- Piper Jaffray Cos. | | | | | Spin Off | 1/4 | J | | (See Part VIII) |
| 281. -- Lucent Technol. Warrants | | | | | Litigation | 12/10 | J | | (See Part VIII) |
| 282. | | | | | settlement | | | | |
| 283. John Hancock Whole Life | B | Dividend | L | V | | | | | |
| 284. Security Financial Whole Life | A | Dividend | J | V | | | | | |
| 285. Brokerage Acct # 3 | | | | | | | | | (See Part VIII) |
| 286. --Agere Systems Class A stock | | None | | | Trans Out | 3/31 | | | (See Part VIII) |
| 287. --Agere Systems Class B stock | | None | | | Trans Out | 3/31 | | | (See Part VIII) |
| 288. --Agilent Technologies | | None | | | Trans Out | 3/31 | | | (See Part VIII) |

1. Income/Gain Codes  A = $1,000 or less  B = $1,001 $2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. --Avaya Inc. stock | | None | | | Trans Out | 3/31 | | | (See Part VIII) |
| 290. --Cirrus Logic stock | | None | | | Trans Out | 3/31 | | | (See Part VIII) |
| 291. --Cornerstone Realty REIT shares | A | Dividend | | | Trans Out | 3/31 | | | (See Part VIII) |
| 292. --Corning Inc. Stock | | None | | | Trans Out | 3/31 | | | (See Part VIII) |
| 293. --Hawthorn Financial REIT shares | | None | | | Trans Out | 3/31 | | | (See Part VIII) |
| 294. --Imperial Parking stock | | None | · | | Trans Out | 3/31 | | | (See Part VIII) |
| 295. --Jacuzzi Brands stock | | None | | | Trans Out | 3/31 | | | (See Part VIII) |
| 296. --Korea Fund stock | | None | | | Trans Out | 3/31 | | | (See Part VIII) |
| 297. --Reliant Resources stock | | None | | | Trans Out | 3/31 | | | (See Part VIII) |
| 298. --Xerox stock | | None | | | Trans Out | 3/31 | | | (See Part VIII) |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$13,000    E = $15,001-$50,000
(See Columns B1 and B4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    ● = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $6,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

FINANCIAL DISCLOSURE REPORT

Page 21 of 23

Name of Person Reporting

Nelson, David A

Date of Report

5/10/2006

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Section VII

- On 12/14 shares in Convergys Corp were transferred from Brokerage Account # 1 to Cambridge in America with a request that the gift be credited to Peterhouse.

- On 12/14 shares in Tyco International were transferred from Brokerage Account # 1 to Cambridge in America with a request that the gift be credited to Peterhouse.

- ██████████ are customers of Huntington National Bank, which has offices in Cincinnati and Cleveland, Ohio. Interest and dividend income from our Huntington accounts is reported to us in combined statements, and the information provided in Columns B and C of this report is given on an aggregate basis.

- Dividends and distributions on most of the securities in IRA #1 were reinvested under a dividend reinvestment plan.

- Required minimum distributions based on 12/31/03 values of IRA #1 and IRA #2 were made automatically, on a monthly basis, by transfer from the Vanguard Prime Money Market Fund in IRA #2 to one of the Vanguard Money Market Funds held individually.

- Gains on mutual fund sales have been estimated.

- Certain Vanguard Prime Money Market Funds are linked to certain IRA accounts. Activity in the latter may be reflected in the former. Income dividends and capital gain distributions on all Vanguard funds were reinvested.

- On December 16, 2003, the last of the shares in the Vanguard GNMA mutual fund were sold. This was erroneously reported as a partial sale in the report dated May 10, 2004. No shares of the GNMA fund were held during 2004.

- Minimum distribution requirements with respect to IRA # 3, IRA # 4, and IRA # 5 were satisfied by in-kind transfers of stock from IRA # 5 to Brokerage Acct #2.

- I carry liability insurance with USAA, a reciprocal insurance exchange. Pursuant to 16 USC Section 832(f), a portion of USAA's income is allocated to each member's Subscriber's Savings Account. I also received two cash distributions in 2003.

- On 3/31 all shares of stock held in Brokerage Acct # 3 were transferred to Brokerage Acct # 2. To the extent indicated, these shares were transferred to Vassar College on 4/14 for the purchase of a charitable gift annuity.

- Cincinnati Bell (formerly Broadwing, Inc.) maintains a Deferred Compensation Plan for Outside Directors, superseding a retirement plan for such directors. "Phantom shares" of Cincinnati Bell stock are credited to each outside director's account from time to time, and the director's interest in the account becomes vested after a prescribed period of service on the board. The value of the account at any given point depends on the market price of Cincinnati Bell stock. On 1/2 certain "phantom shares" were issued as actual shares, and those shares (value code K) were placed in Brokerage Acct # 2.

- All options to purchase Cincinnati Bell stock were under water at 12/31. According to a letter of 9/19/02 from the Committee, options that are under water at year end are not reportable.

- On 6/8 the shares of Hawthorne Financial Corp that remained in Brokerage Acct # 2 on that date were converted into shares of Commercial Cap Bancorp. A fractional share was surrendered for cash.

- In IRA # █ additional shares of Cornerstone Realty Income Trust REIT & Equity Residential Properties Trust were acquired by dividend reinvestment.

- In IRA # █ shares of Freescale Semiconductor Inc., Class B, were received as a spin-off from Motorola. Cash payment also received for fractional share.

- In IRA # █ shares of Neenah Paper Inc. were received as a spin-off from Kimberly Clark. Cash payment also received for fractional share.

- In IRA # █ shares of Piper Jaffray Companies were received as a spin-off from U.S. Bancorp.

- In my report for calendar year 2003, the sale of Merck stock on 6/4/03 in IRA #5 should have been reported as "Sell Part." The remaining Merck stock was sold on 10/21/04, as reported herein.

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 5/10/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

-- Warrants to purchase Lucent Technologies stock at a specified price were received on 12/10 in connection with a class action settlement that also entailed a payment of cash (value code J).  The warrants, if not exercised, will expire 12/10/07.

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 5/10/2005 |

VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 5/10/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date __May 10, 2005__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544